```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

ALIJA JAMAN, ET AL.,

        Plaintiffs,        25-cv-2205 (JGK)

  - against -                  ORDER

JPMORGAN CHASE BANK, N.A.,

        Defendant.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The parties are directed to submit a Rule 26(f) report by **May 9, 2025.**

**SO ORDERED.**

**Dated:**    New York, New York
             April 25, 2025

                                     /s/ John G. Koeltl
                                           **John G. Koeltl**
                                   **United States District Judge**